UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO ERNESTO HERNANDEZ DURAN,<br><br>Petitioner,<br>v.<br><br>MICHAEL BERNACKE, et al.,<br><br>Respondents. | Case No. 2:25-cv-02105-GMN-EJY<br><br>**SERVICE ORDER** |

Petitioner Mario Ernesto Hernandez Duran, an immigration detainee, has filed a counseled Petition for Habeas Corpus Relief under 28 U.S.C. § 2241 and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction. (ECF Nos. 1, 2.) Following a review of the Petition and Emergency Motion, the Court directs that they be served on Respondents.

It is therefore kindly Ordered that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), this Order, and all other filings in this matter to the U.S. Attorney for the District of Nevada (at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov) in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding U.S. Attorney for the District of Nevada to the docket as an Interested Party.

3. **MAIL** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

1) Michael Bernacke, Salt Lake City ICE Field Office Director, 2975 Decker Lake Drive Suite 100, West Valley City, UT 84119-6096

2) John Mattos, Warden, Nevada Southern Detention Facility, 2190 E. Mesquite Ave. Pahrump, NV 89060

3) Kristi Noem, Secretary, United States Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528

4) Rodney Scott, Commissioner, U.S. Customs and Border Protection CBP Headquarters, 1300 Pennsylvania Avenue NW Washington, DC 20229

5) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

It is further Ordered that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order on the U.S. Attorney for the District of Nevada or on an Assistant U.S. Attorney or clerical employee designated by the U. S. Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is further Ordered that counsel for Respondents file a notice of appearance within 2 days of the date of this Order, file and serve their opposition to the Motion within 7 days of the date of this Order, and file and serve their answer to the Petition within 14 days of the date of this Order, unless additional time is allowed for good cause shown.

It is further Ordered that Hernandez Duran file a reply to the Motion within 5 days of Respondents' opposition and a reply to the Petition within 7 days of Respondents' answer.

Dated: October 29, 2025

_____
Gloria M. Navarro, Judge
United States District Court