1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

7   MARIO ERNESTO HERNANDEZ DURAN,      Case No. 2:25-cv-02105-GMN-EJY

8                    Petitioner,                 **ORDER TRANSFERRING CASE**

9          v.

10

11   MICHAEL BERNACKE, *et al.*,

12                    Respondents.

13

14          This Petition for Writ of Habeas Corpus is related to two putative habeas class actions

15   pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-

16   BNW. The actions involve similar questions of fact and law, and assignment to the same district

17   judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would

18   entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5).

19   Because the cases are related, assignment to the same judge is likely to result in a substantial

20   savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts

21   to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions

22   involving a common question of law or fact are pending before the court). Accordingly, the

23   assigned judges agree to transfer Case No. 2:25-cv-02105-GMN-EJY to the judge to whom the

24   earliest-filed action is assigned for all further proceedings.

25          ///

26          ///

27          ///

28

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:25-cv-02105-GMN-EJY to Judge Richard F. Boulware, II.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.

**DATED:** October 29, 2025.

_____          _____
**RICHARD F. BOULWARE, II.**                **GLORIA M. NAVARRO**
**UNITED STATES DISTRICT JUDGE**          **UNITED STATES DISTRICT JUDGE**