# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MARIO ERNESTO HERNANDEZ DURAN,

Petitioner,

v.

MICHAEL BERNACKE, *et al.*,

Respondents.

Case No. 2:25-cv-02105-RFB-EJY

**ORDER**

Before the Court is counseled Petitioner Mario Ernesto Hernandez Duran's Petition for Writ of Habeas Corpus (ECF No. 1) under 28 U.S.C. § 2241, challenging his continued detention at Nevada Southern Detention Center, and (ECF No. 2) Emergency Motion for Temporary Restraining Order and Preliminary Injunction. The Court has reviewed the filings, and preliminarily believes Petitioner likely can demonstrate that his circumstances warrant the same relief as this Court ordered for Petitioner Arce-Cervera in Arce-Cervera v. Noem, No. 2:25-cv-01895-RFB-NJK (D. Nev. Oct. 28, 2025).

Thus, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED TO SHOW CAUSE** in writing no later than **5:00 p.m. on November 3, 2025** why the Court should not grant the requested preliminary injunction. Petitioner may file a reply no later than **5:00 p.m. on November 5, 2025**. If Respondents have no new arguments to offer that have not already been addressed by the Court, they may so indicate by reference to their previous briefing, while reserving appellate rights. Respondents should file the referenced briefing as an attachment for Petitioner's counsel's review.

In the meantime, unless and until the Court orders otherwise, **IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act

to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the *status quo* pending the hearing and any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

**IT IS FURTHER ORDERED** that the Clerk of Court:

1. **DELIVER** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

    1) John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060;

    2) Jason Knight, Salt Lake City Field Office Acting Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119;

    3) Pamela Bondi, Attorney General of the United States, 950 Pennsylvania Avenue, NW, Washington, DC, 20530-0001;

    4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

    5) Rodney S. Scott, Commissioner of U.S. Customs and Border Protection, CBP Headquarters, 1300 Pennsylvania Avenue NW, Washington, D.C. 20229

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1), the Motion (ECF No. 2), and this Order on the United States Attorney for the District of

Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Petition and Motion to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**DATED:** October 29, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**